SHELLIE LOTT, SBN: 246202
Lott Law Offices, A Professional Law Corporation
5250 Claremont Avenue, Suite 241
Stockton, California 95207
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO BRANCH**

| | |
|---|---|
| SARAH L. HOBBS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KAJIKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:20-cv-02323-AC<br><br>**STIPULATION AND PROPOSED ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the EAJA in the amount of TWO-THOUSAND TWO-HUNDRED SIXTY-ONE dollars and SEVENTY-TWO cents ($2,261.72).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

    After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010), the ability to honor the

Stipulation and Proposed Order for the Award of Attorney Fees
Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)

2:20-cv-02323-AC    Page 1

assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine whether they are subject to any offset.  Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Shellie Lott, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  May 5, 2022

/s/ Shellie Lott
SHELLIE LOTT
Attorney for Plaintiff

PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX

Dated:  May 5, 2022

/s/ Marcello Illarmo
(As authorized via email on 5/5/22)
MARCELLO ILLARMO
Special Assistant United States Attorney

SHELLIE LOTT, SBN: 246202
Lott Law Offices, A Professional Law Corporation
5250 Claremont Avenue, Suite 241
Stockton, California 95207
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO BRANCH

| | |
|---|---|
| SARAH L. HOBBS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KAJIKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.:  2:20-cv-02323-AC<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of TWO-THOUSAND TWO-HUNDRED SIXTY-ONE dollars and SEVENTY-TWO cents ($2,261.72), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: May 5, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation and Proposed Order for the Award of Attorney Fees
Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)
2:20-cv-02323-AC                                                                                                              Page 3